## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLISTON INVESTMENT GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Respondent.

No. 82892

**FILED**

JUN 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nadia Krall, District Judge
Ayon Law, PLLC
Akerman LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-17333